# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:15-cr-449-CEH-TGW

JAMAL ANTONIO MCINTYRE

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation on Violation of Supervised Release of the United States Magistrate Judge (Doc.84), entered May 10, 2023, a Final Revocation Hearing was previously scheduled for June 27, 2023 at 10:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 30th day of May 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services